UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE, | CASE NO. 2:22-cv-00750-RSM |
| Plaintiff, | ORDER |
| v. | |
| SEATTLE UNIVERSITY, | |
| Defendant. | |

Pursuant to the Parties' stipulation, **IT IS SO ORDERED** that Defendant shall respond to Plaintiff's Complaint on or before July 20, 2022.

DATED this 21st day of June, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 1