Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE UNIVERSITY,<br><br>Defendant. | Case No. 2:22-cv-00750-RSM<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>NOTE ON MOTION CALENDAR: JUNE 28, 2022 |

Plaintiff John Doe, and Defendant Seattle University (collectively, the "Parties"), hereby stipulate to dismissal of this lawsuit with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), reflecting that this matter has been resolved by the Parties. Each party shall bear their own costs and attorneys' fees.

DATED: June 28, 2022

IT IS SO STIPULATED.

*/s/ Lindsay S. Brandon*
Lindsay S. Brandon, WSBA 46759
lindsay.brandon@athleteslawyer.com

**Law Offices of Howard L. Jacobs**
31111 Agoura Road Ste. 225
Westlake Village, CA 91361
(805) 418-9892 (phone)
(805) 418-9899 (facsimile)

LAW OFFICES OF HOWARD L. JACOBS
31111 Agoura Road, Suite 225
Westlake Village, California 91361
Telephone: (805) 418-9892
Facsimile: (805) 418-9899

***Counsel for Plaintiff John Doe***

*/s/ Jordan Talge*

Jordan Talge, WSBA No. 45612
Sarah Cox, WSBA No. 46703
E-mail: talgej@seattleu.edu
SEATTLE UNIVERSITY
901 12th Avenue
Seattle, WA 98122-1090
Telephone: (206) 296-2077

***Counsel for Defendant Seattle University***

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, **IT IS SO ORDERED** that the above-entitled matter is terminated in its entirety and dismissed with prejudice, and that all dates and schedule previously set are stricken.

_____
HON. RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL - Page 4
Case No. 2:22-cv-00750-RSM

**Law Offices of Howard L. Jacobs**
31111 Agoura Road Ste. 225
Westlake Village, CA 91361
(805) 418-9892 (phone)
(805) 418-9899 (facsimile)

## **ATTESTATION OF FILING**

I, Lindsay S. Brandon, herby attest that concurrence to the filing of this document has been obtained from each signatory hereto.

By: ___/s/ Lindsay S. Brandon___
       Lindsay S. Brandon

STIPULATION OF DISMISSAL - Page 4
Case No. 2:22-cv-00750-RSM

**Law Offices of Howard L. Jacobs**
31111 Agoura Road Ste. 225
Westlake Village, CA 91361
(805) 418-9892 (phone)
(805) 418-9899 (facsimile)