UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE, | Case No. C22-750-RSM |
| Plaintiff, | ORDER |
| v. | |
| SEATTLE UNIVERSITY, | |
| Defendant. | |

Pursuant to the parties' Stipulated Motion (Dkt. #14), **IT IS SO ORDERED** that the above-entitled matter is terminated in its entirety and dismissed with prejudice, and that all dates and schedule previously set are stricken.

DATED this 30th day of June, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 1